UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | |
|---|---|
| JAMES IRA MULLEN and <br> SHANNON MENECE MULLEN <br><br> Plaintiffs, <br><br> v. <br><br> SOUTHEAST BANK, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) NO. 2:18-cv-0046 <br> ) CHIEF JUDGE CRENSHAW <br> ) <br> ) <br> ) <br> ) |

## ORDER

Plaintiffs shall file a reply to Defendant's Response in Opposition to Plaintiffs' Motion Requesting Emergency Temporary Restraining Order (Doc. No. 9) **within 5 days** of this Order. The Clerk shall email a copy of this Order and a copy of Defendant's Response in Opposition to Plaintiffs' Motion Requesting Emergency Temporary Restraining Order (Doc. No. 9) to the Plaintiffs.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE